**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

| | |
|---|---|
| IN RE: Advanced Recovery Inc. | CASE NO.: 18−37082−cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 22−3158115 | CHAPTER: 7 |

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Fred Stevens is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 26, 2019

                                                  Cecelia G. Morris, Bankruptcy Judge